JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6758
FAX: (415) 436-6753

*E-FILED - 11/17/09*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 09-00427(RMW) |
| ) | |
| v. ) | |
| ) | STIPULATION AND [] |
| ) | ORDER CONTINUING HEARING AND |
| CESAR GOMEZ, ) | DOCUMENTING WAIVER |
| ) | |
| Defendant. ) | |
| ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the status conference of November 16, 2009, setting a new status conference for November 30, 2009, and excluding time under the Speedy Trial Act until November 30, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

1. The defendant, Cesar Gomez, was charged on April 22, 2009 in the above-captioned indictment with one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The defendant was arrested and made his initial appearance on May 12, 2009, and subsequently appeared before the Court for additional status conferences, with the

1  most recent conferences on August 31, 2009 and October 5, 2009.  Following each conference,
2  the Court excluded time under the Speedy Trial Act in the interests of justice to allow for the
3  further production and review of discovery in order to ensure the effective representation of
4  counsel.  The defendant has been and continues to be represented by Thomas Ferrito, Esq.
5       2.    Since the last status conference, the parties have been conferring regarding
6  possible dispositions of this matter.  In particular, there is some additional information that may
7  be dispositive of this matter.  As a result, the parties would respectfully ask the Court to continue
8  the November 16, 2009 status conference so that this information can be further fleshed out.  The
9  parties would respectfully suggest November 30, 2009 at 9:00 am, if the Court's schedule
10 permits, for the new appearance date.
11      3.    In addition, if the parties' request for a continuance is granted, the Government
12 would ask that time under the Speedy Trial Act be excluded through the date of the new
13 appearance.  Exclusion would be appropriate, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv),
14 because the requested continuance would ensure the effective representation of counsel by
15 allowing the parties to exchange further information relevant to a disposition of this matter.
16 //

1    4.	Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the
2 November 16, 2009 status hearing and sets a new status conference for November 30, 2009, at
3 9:00 am or for a time and date indicated otherwise; and (b) orders that time be excluded for
4 Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) until the new date.
5 SO STIPULATED:
6
7 DATED: November 10, 2009                         /s/
                                                   THOMAS FERRITO, ESQ.
8                                                  Attorney for CESAR GOMEZ
9
10 DATED: November 10, 2009                        /s/
                                                   W.S. WILSON LEUNG
11                                                 Assistant United States Attorney
12
13 IT IS SO ORDERED.
14 DATED: November __17__, 2009                    _/s/ Ronald M. Whyte_____
                                                   HON. RONALD M. WHYTE
15                                                 United States District Judge