JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

*E-FILED - 12/23/09*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 09-00427(RMW) |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING HEARING AND |
| CESAR GOMEZ, | ) | DOCUMENTING WAIVER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the status conference of November 30, 2009, setting a new status conference for December 14, 2009, and excluding time under the Speedy Trial Act until December 14, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Cesar Gomez, was charged on April 22, 2009 in the above-captioned indictment with one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The defendant was arrested and made his initial appearance on May 12, 2009, and subsequently appeared before the Court for additional status conferences, with the most recent conferences on August 31, 2009 and October 5, 2009, and with the next conference

scheduled for November 30, 2009.  Following each conference, the Court excluded time under the Speedy Trial Act in the interests of justice to allow for the further production and review of discovery in order to ensure the effective representation of counsel.  The defendant has been and continues to be represented by Thomas Ferrito, Esq.

2.      After extensive discussions between the parties, the parties believe they have reached a disposition in this matter.  The parties, however, require additional time to carry out this disposition.  As a result, the parties would respectfully ask the Court for a further continuance of this matter, from November 30, 2009 until December 14, 2009 at 9:00 am, if the Court's schedule permits.

3.      In addition, if the parties' request for a continuance is granted, the Government would ask that time under the Speedy Trial Act be excluded through the date of the new appearance.  Exclusion would be appropriate, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), because the requested continuance would ensure the effective representation of counsel by allowing the parties to carry out their planned disposition.

4.      Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the November 30, 2009 status hearing and sets a new status conference for December 14, 2009, at 9:00 am or for a time and date indicated otherwise; and (b) orders that time be excluded for Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) until the new date.

SO STIPULATED:

DATED: November 24, 2009                    /s/
                                            THOMAS FERRITO, ESQ.
                                            Attorney for CESAR GOMEZ


DATED: November 24, 2009                    /s/
                                            W.S. WILSON LEUNG
                                            Assistant United States Attorney


IT IS SO ORDERED.

DATED: December 23, 2009

                                            HON. RONALD M. WHYTE
                                            United States District Judge

-2-