1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5    150 Almaden Boulevard
     San Jose, California 95113
6    Telephone: (408) 535-5048          *E-FILED - 12/23/09*
     Fax: (408) 535-5066
7    E-Mail: wilson.leung@usdoj.gov

8  Attorneys for the United States of America

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,       )   No. CR-09-0427-RMW
                                   )
14                                 )
         v.                        )   NOTICE OF DISMISSAL
15                                 )     AND ORDER
                                   )
16 CESAR GOMEZ,                    )
                                   )   (San Jose Venue)
17       Defendant.                )
                                   )
18 _____  )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California dismisses the above indictment

21 without prejudice.

22
   DATED: December 10, 2009             Respectfully submitted,
23
                                        JOSEPH P. RUSSONIELLO
24                                      United States Attorney

25                                              /S/
                                        _____
26                                      BRIAN J. STRETCH
                                        Chief, Criminal Division
27

28

NOTICE OF DISMISSAL (CR 09-0427-RMW)

1 | Leave is granted to the Government to dismiss the indictment without prejudice.

Date: December 23, 2009

_____
HON. RONALD M. WHYTE
United States District Judge